**UNITED STATES of America Plaintiff-Appellee**

v.

**Mario JOHNSON, also known as Mario D. Clemons Defendant-Appellant**

**No. 17-1184**

United States Court of Appeals, Eighth Circuit.

Submitted: June 29, 2017

Filed: July 12, 2017

Keith D. Sorrell, U.S. Attorney's Office, Eastern District of Missouri, Cape Girardeau, MO, for Plaintiff-Appellee

Mario Johnson, Pro Se

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

**PER CURIAM.**

Mario Johnson directly appeals after the district court[1] revoked his supervised release and sentenced him to a within-guidelines prison term plus supervised release with special conditions. His counsel has filed a brief arguing that the district court plainly erred in imposing special conditions of supervised release related to treatment

1. The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

programs. In addition, his counsel has moved for leave to withdraw.

Upon careful review, we conclude that the district court did not plainly err in imposing the special conditions of supervised release. *See United States v. Wise-carver*, 644 F.3d 764, 775 (8th Cir. 2011) (explaining that unobjected-to special conditions of supervised release are reviewed for plain error); *see also* 18 U.S.C. § 3583(d) (providing that special release conditions must be reasonably related to 18 U.S.C. § 3553(a) sentencing factors and must involve no greater deprivation of liberty than is reasonably necessary to advance § 3553(a) purposes). Accordingly, we grant counsel leave to withdraw, and we affirm.